UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

M.T.,

                                                  Plaintiff,                  **NOTICE OF MOTION**

                                                                           **15-CV-6737**

                 -against-

THE CITY OF NEW YORK; et al,

                                              Defendants.

------------------------------------------------------------------------

        **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Senior Counsel Amanda C. Shoffel dated October 5, 2016, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment; and upon all prior pleadings and proceedings held herein, defendant City of New York will move this Court before the Honorable Jesse M. Furman, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for relief in favor of defendants City of New York and Corizon Health, Inc. pursuant to Federal Rule of Civil Procedure 56 and for such other and further relief as the Court may deem just and proper.

- 2 -

Dated:     New York, New York
           October 5, 2016

                                     ZACHARY CARTER
                                     Corporation Counsel of the City of New York
                                     100 Church Street
                                     New York, New York 10007
                                     (212) 356-2249

                                   By: _____/s/_____
                                        Amanda Shoffel
                                        Senior Counsel
                                        Special Federal Litigation Division