UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/13/18
```

M.T.

                           Plaintiff,

            -against-

CITY OF NEW YORK et al.,

                           Defendants.

15-Cv-6737 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court will hear oral argument on plaintiff's Motion for Imposition of
Sanctions for Spoliation of Evidence (ECF No. 60) on August 23, 2018, at
2:00 p.m.

Dated:  New York, New York
        August 13, 2018

SO ORDERED:

Sidney H. Stein, U.S.D.J.