```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

M.T.,                                                 :       15-Cv-6737 (SHS)

                Plaintiff,        :

      -against-                                  :       ORDER

CITY OF NEW YORK, *ET AL.*,                           :

              Defendants.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received plaintiff's counsel's letter dated January 9, 2019, asserting serious allegations of discovery abuse by defendants.

      IT IS HEREBY ORDERED that:

1. Defendants are directed to respond in writing to plaintiff's letter on or before 12:00 p.m. noon on January 16;

2. There will be a pretrial conference on January 17 at 5:30 p.m.; and

3. The trial of this matter remains at February 11, 2019, at 9:30 a.m.

Dated: New York, New York
       January 14, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.